California Prune & Apricot Growers, appellee, v. Grossfield & Roe Company, appellant. Gen. No. 29,043.

Action upon contract to purchase produce. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1923. Affirmed. Opinion

filed June 30, 1924. Rehearing denied July 11, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Vincent Gallagher and Shulman, Shulman & Abrams, for appellant. Baker, Holder & Schmidt, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.